## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

TAMMY CARDEN;  JOYCE HARRIS;
SABRINA BROWN;  SHERRY HODGE;  and
RHONDA BOHANON, Each Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFFS

v.                                      No. 3:19-cv-167-DPM

LOGAN CENTERS, INC.                                          DEFENDANT

### ORDER

Joint status report, *Doc. 82*, appreciated.  The Court agrees with the parties' assessment.  The three groups are decertified.  The Court directs the Clerk to add the following opt-ins as named plaintiffs:  Ray Hurt, Octavia Hinton, Sabreem Aleem, Michael Smith, and Valisya Coleman.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January  2021