IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY CARDEN; JOYCE HARRIS;
SABRINA BROWN; SHERRY HODGE;
RHONDA BOHANON; RAY HURT;
OCTAVIA HINTON; SABREEM
ALEEM; MICHAEL SMITH; and
VALISYA COLEMAN                                                        PLAINTIFFS

v.                        No. 3:19-cv-167-DPM

LOGAN CENTERS, INC.                                                     DEFENDANT

## ORDER

The joint motion, *Doc. 106*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steele, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Meglar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage and hour disputes. And the parties are negotiating the attorney's fee separately. Any motion for costs and the attorney's fee is due by 24 June 2022. Judgment will issue after any fee dispute is resolved.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 May 2022