IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY CARDEN; JOYCE HARRIS;
SABRINA BROWN; SHERRY HODGE;
RHONDA BOHANON; RAY HURT;
OCTAVIA HINTON; SABREEM
ALEEM; MICHAEL SMITH; and
VALISYA COLEMAN                                                   PLAINTIFFS

v.                          No. 3:19-cv-167-DPM

LOGAN CENTERS, INC.                                                DEFENDANT

ORDER

The parties ask the Court to settle a late-in-the-game discovery dispute. Logan Centers requests the Court to compel the employees' lawyers to produce the fee agreement they made with their clients. The company implies that the agreement should inform the Court's lodestar calculations, but does not explain how. The employees counter that the company's request comes too late, and, in any event, the agreement is not relevant to the issues remaining for decision. The Court agrees with the employees. Their lawyer represents to the Court that he doesn't intend to collect anything from them under the agreement. *Doc. 108-2 at ¶ 25*. The Court will hold him to that. And the Court has enough information in the parties' fee petition papers to decide what a reasonable fee is in the circumstances. Joint report, *Doc. 115*, addressed.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

24 August 2022