IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TAMMY CARDEN; JOYCE HARRIS;
SABRINA BROWN; SHERRY HODGE;
RHONDA BOHANON; RAY HURT;
OCTAVIA HINTON; SABREEM
ALEEM; MICHAEL SMITH; and
VALISYA COLEMAN                                                                    PLAINTIFFS

v.                                    No. 3:19-cv-167-DPM

LOGAN CENTERS, INC.                                                              DEFENDANT

## JUDGMENT

Carden's second amended complaint is dismissed with prejudice. The Court retains jurisdiction until 30 November 2022 to enforce the parties' settlement and the fee Order.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 September 2022